# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0212

VERSUS

RUSSELL BENDILY, JR.

**JUNE 29, 2021**

---

In Re:    B.B., applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 19-CR-291.

---

**BEFORE:    GUIDRY, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.** We vacate the ruling denying the motion to quash and remand this matter to the district court for an in camera inspection of the records requested by the defendant in his second, third, and fourth requests to determine whether to issue the subpoena duces tecum in accordance with **State v. Marcelin**, 2010-2036 (La. 10/15/10), 46 So.3d 191, 193 (*per curiam*). The district court is ordered to provide this court with written reasons for its ruling by or before August 20, 2021.

**JMG**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT